# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3C BATTERYPACK STORE, et al.,<br><br>    Defendants. | Case No. 19-cv-01343<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Sunil R. Harjani** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Shop4625036 Store | 81 |

Dated this 1st day of November 2019.    Respectfully submitted,

/s/ Allyson Martin_____
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff PopSockets LLC*