**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| POPSOCKETS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>3C BATTERYPACK STORE, et al.,<br><br>        Defendants. | Case No. 19-cv-01343<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Sunil R. Harjani** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on April 30, 2019 [43], in favor of Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff"), and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Angelcat Store | 6 |
| Buy Fun Store | 14 |
| BUYFUN Elsie Store | 15 |
| SGP Hybrid Elsie Store | 72 |
| Shop3540002 Store | 75 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 1st day of November 2019.	Respectfully submitted,

/Allyson M. Martin/_____
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff PopSockets LLC*